## John Leisenring, Plaintiff-Appellant, v. E. Herlan Lumber Company, Defendant-Appellee.

**Gen. No. 10,180.**

Third District.

September 25, 1958.

Rehearing denied October 10, 1958.

Released for publication October 10, 1958.

Roberts and Kepner, for plaintiff-appellant; Earl S. Hodges (Conrad Noll, Jr., of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE ROETH. **Not to be published in full.**